■ In the Matter of STEVEN J. MUNICH, Respondent, v CITY OF LACKAWANNA DEPARTMENT OF PUBLIC SAFETY et al., Appel-lants. [692 NYS2d 555] —Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Supreme Court erred in granting the petition and annulling the determination terminating petitioner's employment as a

probationary firefighter with respondent City of Lackawanna (City). "It is axiomatic that a probationary employee may be discharged without a hearing and without a statement of the reasons for doing so provided the dismissal was not for a constitutionally impermissible purpose or in violation of statutory or decisional law" (*Matter of Park-Cunningham v City of Watertown,* 186 AD2d 1027, 1028; *see, Matter of Cohen v Koehler,* 82 NY2d 882, 884; *Matter of York v McGuire,* 63 NY2d 760, 761). The false representations by petitioner concerning his residence at the time of his employment with the City provided a sufficient basis for his termination (*see, Matter of Castner v Griffith,* 226 AD2d 1095; *see generally, Matter of Park-Cunningham v City of Watertown, supra*; *Matter of Macklin v Powell,* 107 AD2d 964). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR art 78.) Present—Green, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.